

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 28, 2021

**VIA ECF**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Kriscia Vasquez,* **21 Mag. 9156 (AEK)**

Dear Judge Krause:

      On September 21, 2021, the Court held an initial appearance in the above-referenced matter and, at defense counsel's request, set a preliminary hearing date of October 5, 2021, *i.e.*, 14 days from the defendant's initial appearance. The Government respectfully moves, with the consent of defense counsel, to continue the preliminary hearing date to October 20, 2021, *i.e.,* to the Wednesday before the 30th day after the defendant's initial appearance. There is good cause to grant the requested continuance because the parties have begun discussions concerning a possible disposition of this case without trial, and those discussions are ongoing.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                  United States Attorney

                By:    /s/ Qais Ghafary
                         Qais Ghafary
                         Assistant United States Attorney
                         Tel: (914) 993-1930

Cc: Elizabeth K. Quinn, Esq. (via ECF)

---

**APPLICATION GRANTED.** The preliminary hearing in this matter is hereby rescheduled to October 20, 2021. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 4.
Dated: September 29, 2021

**SO ORDERED.**

/s/ Andrew Krause

ANDREW E. KRAUSE
United States Magistrate Judge