# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 21, 2022

**VIA ECF**

The Honorable Paul E. Davison
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/22

Re:   *United States v. Kriscia Vasquez, 21-cr-09156 (UA)*

Dear Honorable Judge Davison:

I write to respectfully request that the Court modify Ms. Vasquez's bail conditions to add a condition that she participate in treatment.

Under the current release conditions, specifically condition 14, Ms. Vasquez was ordered to participate in a mental health evaluation and treatment as directed by Pretrial Services. Doc. 7 at 5. Ms. Vasquez has participated in a mental health evaluation, which recommended that she engage in therapy to address her adjustment to her current legal circumstances, pending charges, and mental health with a professional who specializes in sexual offense related therapy.

It is my understanding, through conversations with her Pretrial Services Officer, that, despite the language in this condition, she cannot engage in this treatment absent a court order. In light of that, Ms. Vasquez requests that her conditions be modified to include this treatment as part of her conditions. She further requests it be ordered that any discussion of her pending criminal charges disclosed during treatment not be disclosed to Pretrial Services or the government. She requests that any reports from the treatment provider be limited to confirming her attendance and whether she meaningfully participates in treatment.

I have conferred with Ms. Vasquez's Pre-trial Officer, Leo Barrios, who joins in this request, and the Government, through Assistant United States Attorney Qais Ghafary, has no objection to this request.

All granted on consent.

APPLICATION GRANTED

*[signature]*

Hon. Paul E. Davison, U.S.M.J.

3-21-22

Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc:  Qais Ghafary, AUSA
     Leo Barrios, PTO