# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

November 8, 2022

**VIA ECF**

The Honorable Judith McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**APPLICATION GRANTED**

*[signature]*
Hon. Judith C. McCarthy
11-9-2022

Re:   *United States v. Kriscia Vasquez, 21-mj-09156 (UA)*

Dear Honorable Judge McCarthy:

I write to respectfully request that the Court modify Ms. Vasquez's bail conditions to permit her to have contact with three of her friends who may potentially be witnesses in the case.

Under the current release conditions, specifically 7(g), Ms. Vasquez is not permitted to speak to any potential witnesses in her case. As a result, she has been precluded from speaking to three of her friends, during the pendency of this matter. Given that she has been fully compliant for over the last year since her release from custody, she respectfully requests that she be permitted to have contact with her friends, Melisa Rosa, Yaisha ("Mickey") Sandino, and Kevin Prado.

I have spoken to the assigned Assistant United States Attorney Qais Ghafary. He does not oppose this request so long as it is limited to these individuals and that Ms. Vasquez does not discuss with them (or otherwise be present if they are discussing on their own) anything having to do with this criminal matter, including, but not limited to, the conduct and individuals described in the complaint. The prohibition against speaking directly or indirectly to the victim and any other witnesses would remain in place. I have also contacted Ms. Vasquez's Pre-Trial Services Officer, Leo Barrios, who deferred to the government regarding this request.

Therefore, Ms. Vasquez respectfully requests that her conditions be modified so that she may have contact with Melisa Rosa, Yaisha ("Mickey") Sandino, and Kevin Prado, so long as she does not discuss with them (or otherwise be present if they are discussing on their own) anything having to do with this criminal matter, including, but not limited to, the conduct and individuals described in the complaint.