# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **21 Mag. 9156**

USAO No. **2021R00889**

Date **09/25/2023**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint    ☐ Removal Proceedings in

*United States v.* **Kriscia Vasquez**

The Complaint/Rule 40 Affidavit was filed on **September 21, 2021**

*U.S. Marshals please withdraw warrant*

**QAIS GHAFARY** Digitally signed by QAIS GHAFARY
Date: 2023.09.25 17:36:46 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: 10/6/2023

_____
UNITED STATES MAGISTRATE JUDGE